```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| CHRIS JUDAY, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| MARK T. SADAKA, et al. | : | NO. 19-1643 |

## ORDER

AND NOW, this 30th day of August, 2019, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendants Joseph Capelli, Thomas J. Joyce, and Marc J. Bern & Partners LLP to dismiss Count I of the complaint of plaintiffs Chris and Pat Juday is DENIED;

(2) The motion of defendants Joseph Capelli, Thomas J. Joyce, and Marc J. Bern & Partners LLP to dismiss Counts II and III of the complaint of plaintiffs Chris and Pat Juday is GRANTED;

(3) The motion of defendants Michael S. Katz, Andrew W. Knox, Lopez McHugh LLP to dismiss Counts II and III of the complaint of plaintiffs Chris and Pat Juday is GRANTED.

                                BY THE COURT:

                                /s/ Harvey Bartle III
                                                  J.