IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS JUDAY, et al. | : | CIVIL ACTION |
| v. | : | |
| MARK T. SADAKA, et al. | : | NO. 19-1643 |

ORDER

AND NOW, this  22nd  day of October 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Mark T. Sadaka, Esquire and Sadaka Associates, LLC for summary judgment (Doc #74) against plaintiffs Chris Juday and Pat Juday is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                      J.