IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS JUDAY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK T. SADAKA, et al. | : | NO. 19-1643 |

ORDER

AND NOW, this 29th day of October, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendants Marc J. Bern & Partners LLP, formerly known as Bern Cappelli LLP, Joseph J. Cappelli, Esquire, and Thomas J. Joyce, III, Esquire ("the Bern defendants") for summary judgment (Doc. #75) is GRANTED in their favor, and against plaintiffs Chris and Pat Juday ("the Judays");

(2) The motion of the Judays to defer judgment or dismiss the motion of the Bern defendants for summary judgment (Doc #79) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                          J.