IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRIS JUDAY, et al.              :        CIVIL ACTION
                                 :
          v.                     :
                                 :
MARK T. SADAKA, et al.           :
                                 :        NO. 19-1643

ORDER

AND NOW, this   29th   day of October, 2020, for the
reasons set forth in the foregoing Memorandum, it is hereby
ORDERED that summary judgment is entered in favor of defendants
Marc J. Bern & Partners LLP, formerly known as Bern Cappelli
LLP, Joseph J. Cappelli, Esquire, and Thomas J. Joyce, III,
Esquire and against plaintiffs Chris and Pat Juday on
plaintiffs' claim for legal malpractice.

                              BY THE COURT:

                              /s/ Harvey Bartle III
                              _____
                                                      J.