```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHRIS JUDAY et al.              :       CIVIL ACTION
                                :
          v.                    :       NO. 19-1643
                                :
MARK SADAKA et al.              :
```

<u>ORDER</u>

AND NOW, this 31st day of August 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiffs Chris and Pat Juday to stay this action (Doc. # 213) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                           J.