IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS JUDAY et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK SADAKA et al. | : | NO. 19-1643 |

## ORDER

AND NOW, this 5th day of October 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that motion of defendants Mark T. Sadaka, Esq. and Mark Sadaka Associates LLC for summary judgment (Doc. # 198) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.